PROB 12C
(6/16)

Report Date: May 13, 2022

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Robert Duran          Case Number: 0980 2:21CR00116-RMP-1

Address of Offender: ▌▌▌▌▌▌▌▌ East Wenatchee, Washington 98802

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: November 20, 2018

| | | |
|---|---|---|
| Original Offense: | Count 1: Conspiracy to Distribute and Possess with Intent to Distributed a Controlled Substance, 21 U.S.C. §§ 841 (a)(1), 841(b)(1)(A)(viii), 846 and 18 U.S.C. § 2 | |
| | Count 2: Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841 (a)(1), 841(b)(1)(A)(viii) and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 70 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: July 2, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 1, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On July 2, 2021, a probation officer in the Western District of Washington met with Mr. Duran and reviewed the conditions of supervision as outlined in the judgment and sentence. On August 11, 2021, this officer met with Mr. Duran at his residence and reviewed the conditions of supervision as outlined in the judgement and sentence. Mr. Duran indicated he understood the conditions of supervision, signed the judgment and sentence, and was provided with a copy of the document.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning. |
| | **Supporting Evidence**: Joshua Robert Duran is considered to be in violation of his conditions of supervised release by consuming marijuana between July 12, 2021, and February 22, 2022. |

On July 12, 2021, Mr. Duran called this officer and asked if he could consume marijuana to deal with the pain he was experiencing in his shoulder. The offender was informed he is restricted from consuming marijuana while he is on supervised release. The offender then admitted to consuming marijuana on or about July 12, 2021.

Mr. Duran was placed on the color line for random drug testing at The Center for Alcohol and Drug Treatment in Wenatchee, Washington. While on the color line, Mr. Duran struggled to call in as directed and had to be reminded several times to call the color line every day. Every time the offender reported for his random drug test, he tested positive for marijuana. In total, Mr. Duran has provided 12 positive drug tests for marijuana from August 2021 through February 2022.

During every contact with this officer Mr. Duran admitted to consuming marijuana on a weekly basis and he always reported he consumed marijuana to help with the pain he was experiencing. During every discussion with this officer, Mr. Duran was reminded of the potential consequences of continuing to consume marijuana.

2   **Special Condition # 2**: You must participant in mental health treatment/counseling as directed by the supervising probation officer.

**Supporting Evidence**: Joshua Robert Duran is considered to be in violation of his conditions of supervised release by failing to attend mental health treatment as directed as of November 17, 2021.

On October 6, 2021, Mr. Duran completed a mental health assessment with Ken Schafer in Wentachee, Washington. It was determined that the offender would benefit from mental health treatment and the offender made a commitment to attend individual treatment sessions. Mr. Duran missed several treatment sessions and attempts were made by this officer and the therapist to remind Mr. Duran of his scheduled appointments. Mr. Duran was provided with reminder telephone calls and text messages of his upcoming appointments in an effort to assist the offender with mental health treatment.

Mr. Duran attended one mental health treatment session in November 2021, and failed to show up for the remainder of his scheduled weekly sessions. On November 17, 2021, Ken Schafer terminated the offender from mental health treatment for failing to show up for his scheduled appointments. Mr. Duran made no effort to attend treatment and made no effort to address his mental health issues.

3   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Joshua Robert Duran is considered to be in violation of his supervised release by allegedly: Driving Under the Influence Felony, RCW 46.61.502(6) and Hit and Run, in violation of RCW 46.52.010 (2), on October 22, 2021.

On February 3, 2022, the Douglas County Superior Court issued a summons for Mr. Duran based on an incident report from a deputy with the Douglas County Sheriff's Office (DCSO). According to the DCSO report number 21D05470, the following occurred: On October 22, 2021, at approximately 8:19 p.m., DCSO was dispatched to an accident complaint near 5th

Street NE and Nelson Place in East Wentachee, Washington. According to the reporting party, a red Subaru wagon had run into a fence and there was a male at the location attempting to change a flat tire.

When DCSO arrived they observed a wooden fence which was broken and pieces of the fence were laying in the road. DCSO also observed tire marks leading to the broken fence and skid marks on the sidewalk where a vehicle had left the road. DCSO initiated contact with the offender who was walking near the scene of the collision. DCSO immediately smelled the strong odor of intoxicants coming from the offender and his eyes were watery.

The offender informed DCSO he had just parked his car down the street and he was walking home. The offender denied having any knowledge of the recent accident. The offender stated he owned a maroon Subaru and he parked the car up the street because he had a flat tire.

DCSO suspected the offender was not providing truthful information and began investigating the situation further. DCSO located the offender's vehicle a few blocks away from the location of the accident, a 1999 Subaru legacy wagon, and observed it had a flat passenger side rear tire. The vehicle also had a large dent on the driver side bumper. The dent appeared to be recent as it did not have any rust forming on the exposed metal. A witness observed a male park the Subaru legacy and walk back toward the scene of the accident. The witness provided a clothing description that matched what the offender was wearing when he was contacted by DCSO.

DCSO spoke with the offender again and asked the offender if had been drinking or smoking anything that evening. The offender admitted he had been drinking beer throughout the day and smoked marijuana. The offender was placed under arrest for driving while under the influence and hit and run unattended. The offender provided a portable Breathalyzer test and the result was .153. When the offender arrived at Chelan County Jail he provided a breath sample of .125 and .122.

Mr. Duran made a preliminary appearance on April 11, 2022, and his next court date in Douglas County Superior Court is scheduled for June 13, 2022, for cause number 22-1-00018-3.

4  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Joshua Robert Duran is considered to be in violation of his supervised release by allegedly Displaying a Weapon Capable of Producing Bodily Injury-Domestic Violence, in violation of Revised Code of Washington (RCW) 9.41.270, on May 1, 2022. Chelan County District Court case number C00094317.

According to the Wenatchee Police Department (WPD) report number 22W06980, the following occurred: On May 1, 2022, WPD responded to a disturbance at Memorial Park, located at 2 S. Chelan Avenue Wentachee, Washington. The reporting party stated her ex-boyfriend, Mr. Duran, was yelling at her in the park and pulled a knife on her. The reporting party stated she was at the food fair with her children and Mr. Duran came over to them. Mr. Duran is the father of her children. The children did not want to see Mr. Duran and there was a verbal argument between the reporting party and Mr. Duran. As Mr. Duran was walking toward the reporting party, he pulled up his shirt exposing his right hip area, where

Prob12C
**Re: Duran, Joshua Robert**
May 13, 2022
Page 4

he had a fixed blade knife in a sheath. The reporting party advised that Mr. Duran displaying the knife alarmed her and she took it as a threat.

Given the previous relationship between the reporting party and Mr. Duran, and after receiving several reports that the offender was displaying a knife in a threatening manner, probable cause to arrest Mr. Duran was established by WPD for displaying a weapon capable of producing bodily injury domestic violence.

Mr. Duran made a preliminary appearance on May 2, 2022, and his next court date in Chelan County District Court is scheduled for May 24, 2022, for case number C00094317.

5    **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission form the court of the probation officer.

**Supporting Evidence**: Joshua Robert Duran is considered to be in violation of his conditions of supervised release by leaving the Eastern District of Washington on or before May 9, 2022.

On May 9, 2022, this officer spoke with Mr. Duran on the telephone. During the conversation the offender informed this officer he was in Everett, Washington, at his friend's apartment. The offender was asked to provide the address he was at and he was unable to provide the exact address to this officer.

Mr. Duran did not have permission from this U.S. Probation Office to be in Western Washington on May 9, 2022. In the past, the offender had asked and was granted permission to leave the Eastern District of Washington.

6    **Standard Condition # 9**: If you are arrest or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: Joshua Robert Duran is considered to be in violation of his conditions of supervised release by failing to notify this officer that he was arrested by the Wenatchee Police Department on May 1, 2022, within 72 hours of his arrest.

Mr. Duran was arrested by WPD on May 1, 2022, and charged with a new law violation. He was released from custody on May 2, 2022, and he failed to contact this officer to disclose he was arrested.

On May 9, 2022, this officer spoke with the offender on the telephone. During the conversation this officer asked about being arrested in Wenatchee, on May 1, 2022; the offender stated he was arrested and forgot to call this officer to report the incident. In the past, Mr. Duran had notified this officer when he had contact with law enforcement and he is aware that he must notify this officer of any law enforcement contact.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Duran, Joshua Robert**
May 13, 2022
Page 5

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2022

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

5/13/2022

Date